## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELLY J. DAVINE, JAMES E. WILLIAMS JACOB E. OGDEN, BETH A. FARRAR, and PHILIP CARDINALE on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>THE GOLUB CORPORATION, THE PRICE CHOPPER, INC., AND PRICE CHOPPER OPERATING CO. OF MASSACHUSETTS, INC.,<br><br>**Defendants.** | Civil Action No.:<br>3:14-cv-30136-MGM |

## NOTICE OF FILING OF FULLY EXECUTED JOINT STIPULATION OF SETTLEMENT AND RELEASE

PLEASE TAKE NOTICE that attached hereto as Exhibit A is a fully executed copy of the Joint Stipulation of Settlement and Release (the "Agreement"). Plaintiffs previously filed a partially executed copy of the Agreement as Exhibit A to the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Preliminary Approval of Class and Collective Action Settlement, Conditional Certification of the Settlement Classes, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Proposed Notices of Settlement, ECF No. 204-1.

Dated: August 23, 2017
      New York, New York

                                            Respectfully submitted,

                                            **OUTTEN & GOLDEN LLP**

                                            /s/ Justin Swartz
                                            Justin M. Swartz

        Justin M. Swartz (admitted *pro hac vice*)
        Rachel Bien (admitted *pro hac vice*)
        Michael Litrownik
        685 Third Avenue, 25th Floor
        New York, New York 10017
        Telephone: (212) 245-1000
        Facsimile: (646) 509-2060

        **COHEN KINNE VALICENTI & COOK LLP**
        Kevin M. Kinne (BBO# 559004)
        Benjamin K. Steffans (BBO# 568535)
        28 North Street, 3rd Floor
        Pittsfield, Massachusetts 01201
        Telephone:  (413) 443-9399
        kkine@cohenkinne.com
        bsteffans@cohenkinne.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: August 23, 2017
       New York, New York

                                      By:  /s/ Justin M. Swartz
                                            Justin M. Swartz