UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHELLY J. DAVINE, JAMES E. WILLIAMS, JACOB E. OGDEN, BETH A. FARRAR, and PHILIP CARDINALE on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GOLUB CORPORATION, THE PRICE CHOPPER, INC., and PRICE CHOPPER OPERATING CO. OF MASSACHUSETTS, INC.,<br><br>Defendants. | Civil Action No.: 3:14-cv-30136-MGM |

## NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS

For the reasons set forth in the Memorandum of Law in Support of the Motion for Final Approval, Service Awards, and Attorneys' Fees and Costs, and in the Declarations of Justin M. Swartz and Kevin M. Kinne and the supporting exhibits attached thereto, the Parties respectfully request that the Court enter an Order:

(1) Approving Class Counsel's request for one-third of the fund, or $2,166,666, as attorneys' fees, plus $75,000 in costs and expenses; and

(2) granting any other relief that the Court deems just and proper.

Dated: January 3, 2018
New York, New York

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

*/s/* Justin M. Swartz
Justin M. Swartz

Justin M. Swartz (admitted *pro hac vice*)
Rachel Bien (admitted *pro hac vice*)
Michael Litrownik (BBO #680218)

685 Third Avenue, 25th Floor
New York, New York 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

**COHEN KINNE VALICENTI & COOK LLP**
Kevin M. Kinne (BBO# 559004)
28 North Street, 3rd Floor
Pittsfield, Massachusetts 01201
Telephone: (413) 443-9399
Facsimile: (413) 553-0331

*Attorneys for Plaintiffs*

## CERTIFICATION OF SERVICE

I hereby certify that on **January 3, 2018** a copy of the foregoing documents were filed electronically and service made by certified mail to anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by certified mail for anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ *Justin M. Swartz*
Justin M. Swartz (admitted *pro hac vice*)