# jackson|lewis

Representing Management Exclusively in Workplace Law and Related Litigation

**Jackson Lewis P.C.**
**677 Broadway, 9th Floor**
**Albany NY 12207**
Tel 518 512-8700
Fax 518 242–7730
www.jacksonlewis.com

| | | | |
|---|---|---|---|
| ALBANY, NY | GREENVILLE, SC | MINNEAPOLIS, MN | PROVIDENCE, RI |
| ALBUQUERQUE, NM | HARTFORD, CT | MONMOUTH COUNTY, NJ | RALEIGH, NC |
| ATLANTA, GA | HONOLULU, HI* | MORRISTOWN, NJ | RAPID CITY, SD |
| AUSTIN, TX | HOUSTON, TX | NEW ORLEANS, LA | RICHMOND, VA |
| BALTIMORE, MD | INDIANAPOLIS, IN | NEW YORK, NY | SACRAMENTO, CA |
| BIRMINGHAM, AL | JACKSONVILLE, FL | NORFOLK, VA | SALT LAKE CITY, UT |
| BOSTON, MA | KANSAS CITY REGION | OMAHA, NE | SAN DIEGO, CA |
| CHICAGO, IL | LAS VEGAS, NV | ORANGE COUNTY, CA | SAN FRANCISCO, CA |
| CINCINNATI, OH | LONG ISLAND, NY | ORLANDO, FL | SAN JUAN, PR |
| CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| DALLAS, TX | MADISON, WI | PHOENIX, AZ | ST. LOUIS, MO |
| DAYTON, OH | MEMPHIS, TN | PITTSBURGH, PA | TAMPA, FL |
| DENVER, CO | MIAMI, FL | PORTLAND, OR | WASHINGTON DC REGION |
| DETROIT, MI | MILWAUKEE, WI | PORTSMOUTH, NH | WHITE PLAINS, NY |
| GRAND RAPIDS, MI | | | |

*through an affiliation with Jackson Lewis P.C., a Law Corporation

DIRECT DIAL: 518-512-8703
EMAIL ADDRESS: WILLIAM.ANTHONY@JACKSONLEWIS.COM

March 14, 2018

**VIA ECF**

The Honorable Mark G. Mastroianni
United States District Court
District of Massachusetts
300 State Street
Springfield, Massachusetts 01105

Re: *Davine et al. v. The Golub Corp. et al*
    Case No. 3:14-cv-30136 (MGM)

Dear Judge Mastroianni:

      We write on behalf of all of the parties in the above-referenced action to advise the Court that the parties have mutually stipulated and agreed that, if no appeal is taken by any party relating to the Court's Order Granting Final Approval of Settlement (Dkt. 233), Defendants will make the initial deposit of settlement funds set forth in Sections 3.1(A), 3.2(B), and 3.3(A) of the Settlement Agreement on or before May 1, 2018. Please do not hesitate to contact undersigned counsel with any questions.

      Respectfully submitted,

      JACKSON LEWIS P.C.

      */s/ William J. Anthony*
      William J. Anthony
      677 Broadway, 9th Floor
      Albany, NY 12207
      Telephone: (518) 512-8700

      *Attorneys for Defendants*

SO ORDERED

_____
Hon. Mark G. Mastroianni
Dated:

cc:    All counsel of record (via ECF)

**CERTIFICATION OF SERVICE**

    I hereby certify that on March 14, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                  */s/ William J. Anthony*
                  William J. Anthony